IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GREGORY A. BUFORD, SR.,** individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:12-CV-5288-L** |
| **DRIVER SOLUTIONS, LLC, BRYAN K. ALSIP, TOM LANE, & PYRAMID FINANCIAL SOLUTIONS, LLC,** | § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Joint Motion for Final Approval of Class Action Settlement, filed January 12, 2015. As there were no objections to the Class Action Settlement ("Settlement"), and the court has independently determined that the Settlement is adequate, fair, and reasonable, and that it satisfies the requirements of Federal Rule of Civil Procedure 23, the court finds that a fairness hearing is unnecessary. Accordingly, the motion is hereby **granted,** and the court will issue a Final Judgment by separate document as required by Federal Rule of Civil Procedure 58.

**It is so ordered** this 29th day of January, 2015.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**